

JOHN H. RING, III
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215

TEL: (716) 831-1994



May 19, 2010

U.S. Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501



Re: Irene S. Morris
Bk. No. 07-01941B

Dear Sir/Madam:

Enclosed herewith please find the Claims Distribution of Small Checks report in regards to the above captioned matter. The distribution to creditors referenced on said report is below $5.00, therefore, I am enclosing the Bankruptcy Estate of Irene S. Morris' check no. 10109 in the amount of $16.81 which represents payment of the following claims:

| | | | |
|---|---|---|---|
| 1. | Claim No. 2 | Target National Bank<br>c/o Weinstein & Riley, P.S.<br>PO Box 3978<br>Seattle, WA 98124-3978 | $4.61 |
| 2. | Claim No. 3 | Ottney & Miller, LS, P.C.<br>25 Buffalo Street<br>Akron, NY 14001 | $3.98 |
| 3. | Claim No. 7 | National Grid<br>300 Erie Blvd. W.<br>Bankruptcy Team C-3<br>Syracuse, NY 13202 | $3.67 |
| 4. | Claim No. 9 | Household Bank (SB), N.A.<br>eCast Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712 | $4.55 |

If you have any questions or problems, please feel free to contact the undersigned. Thank you for your courtesy and cooperation in this matter.

Very truly yours,

JOHN H. RING, III

JHR/pls
Enc.

# Claims Distribution Small Checks
## Trustee: JOHN H. RING, III (520550)

Case: 07-01941 - MORRIS, IRENE S.

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 920001885 16466 | 10109 | 05/19/10 | 2 | 10/25/07 | 610 | Payee: U.S. Bankruptcy Court, WDNY<br>Target National Bank<br>c/o Weinstein & Riley, P.S.,<br>PO Box 3978<br>Seattle, WA 98124-3978 | 521.07 | 521.07 | | 4.61 |
| | | | 3 | 10/30/07 | 610 | Ottney & Miller, LS, P.C.<br>25 Buffalo Street<br>Akron, NY 14001 | 450.00 | 450.00 | | 3.98 |
| | | | 7 | 11/19/07 | 610 | National Grid<br>300 Erie Blvd W<br>Bankruptcy Team C-3<br>Syracuse, NY 13202 | 414.06 | 414.06 | | 3.67 |
| | | | 9 | 12/14/07 | 610 | Household Bank (SB), N.A.<br>eCAST Settlement Corporation,c/o Bass &<br>Associates, P.C.,3936 E. Ft. Lowell Rd.,<br>Tucson, AZ 85712 | 514.45 | 514.45 | | 4.55 |

Check Amount: $16.81