*Receipt #11090480*
*$278.20  8/27/10*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
WESTERN DIVISION

In re:

MORRIS, IRENE S.

Debtor.

Chapter 7

Case No. 07-01941 CLB

**STATEMENT OF
UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 8U | Azam Syed<br>c/o Mustafa Syed, 215 Royal Pheasant Drive<br>Getzville, NY 14068 | $31,425.00 | $278.20 |

**TOTAL UNCLAIMED DIVIDENDS:**                                                       $    278.20

Dated: August 25, 2010

_____
JOHN H. KING, III
Trustee
385 CLEVELAND DR.
CHEEKTOWAGA, NY 14215
(716) 831-1994



FILED AUG 2 7 2010 BANKRUPTCY COURT BUFFALO, NY

Case 1-07-01941-CLB   Doc 73   Filed 08/27/10   Entered 08/27/10 14:57:02   Desc Main
Document      Page 1 of 2

JOHN H. RING, III
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215

TEL: (716) 831-1994

Receipt # 11090480

$278.20   8/27/10

August 25, 2010

U.S. Bankruptcy Court, WDNY
Office of the Clerk
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501

    Re:    Irene S. Morris
            Bk. No. 07-01941B

Dear Sir/Madam:

Enclosed herewith please find a Statement of Unclaimed Funds in regards to the Bankruptcy Estate of Irene S. Morris.

I have stopped payment on this check since it is beyond the 90 day period and I am enclosing the Estate of Irene S. Morris' check no. 10110 in the amount of $278.20 made payable to the U.S. Bankruptcy Court which represents the total due in this matter.

The following is the name and address for creditors and the amount they are entitled to receive from the Bankruptcy Estate of Irene S. Morris

    Claim No. 8    Azam Syed    $278.20
                   c/o Mustafa Syed
                   215 Royal Pheasant Drive
                   Getzville, NY 14068

If you have any questions or problems, please feel free to contact the undersigned.

                                Very truly yours,

                                JOHN H. RING, III

JHR/pls
Enc.

RECEIVED
AUG 27 2010
BANKRUPTCY COURT
BUFFALO, NY